O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. ED CR 06-00082-VAP |
|---|---|
| Plaintiff, | ) **JUDGMENT AND COMMITMENT** |
| | ) **ORDER FOLLOWING HEARING ON** |
| v. | ) **PETITION ALLEGING VIOLATIONS** |
| | ) **OF SUPERVISED RELEASE** |
| JOEL GONZALEZ-HERNANDEZ, | ) |
| Defendants. | ) |

This matter came on regularly for hearing on the Probation Officer's Violation Report and Petition on Probation and Supervised Release of June 14, 2010, that contains seven alleged violations of supervised release.

The defendant was represented by Young Kim, Deputy Federal Public Defender. The Government was represented by Sean Lokey, Assistant U.S. Attorney of the United States Attorney's Office. Probation Officer Calvin C. Daniels was also present.

The defendant was informed of the allegations of the Petition as referenced above. The defendant acknowledged receiving a copy of the Petition, and thereafter admitted

1  that the violations as alleged in Allegation Nos. 1 and 2
2  were truthful, and that he committed the violations as
3  alleged.
4      Counsel for the defendant moves for immediate
5  sentencing.  Government Counsel concurs. The defendant
6  was allowed to address the court prior to sentencing.
7      The Court finds the defendant in violation of
8  supervised release, ORDERS the term of supervised release
9  be revoked.
10     The defendant, Joel Gonzalez-Hernandez, is hereby
11 committed on Allegation Nos. 1 and 2 of the Petition of
12 July 14, 2010, to the custody of the Bureau of Prisons to
13 be imprisoned for a term of 12 months, 1-day.  No further
14 court-ordered supervision to follow.
15     The defendant is informed of his right to file an
16 appeal of this court's judgment within 14 days of entry.
17     Upon the motion of Government Counsel, the Court
18 ORDERS the remaining allegations DISMISSED.

21 Dated:  August 25, 2010
                                HONORABLE VIRGINIA A. PHILLIPS
                                United States District Judge

Terry Nafisi, Executive and Clerk
of Court, U.S. District Court

By ___Jim Holmes /s/_____
     Relief Deputy Clerk

2